UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | No. 25-cr-74-JL-AJ-01 |
| ) | |
| MICHAEL KIROUAC        ) | |

### ORDER OF FORFEITURE

1. The defendant, Michael Kirouac ("Defendant"), has pleaded guilty to an Information that charges him with wire fraud, in violation of 18 U.S.C. § 1343. DN 2, ¶ 1.

2. The defendant has agreed to the forfeiture of a personal money judgment in the amount of $1,139,166.68, which is equal to the gross proceeds that the defendant obtained, directly or indirectly, from the wire fraud offense. DN 2, ¶ 13. The defendant acknowledged that one or more of the conditions set forth in 21 U.S.C. § 853(p) exists and that the United States is therefore entitled to forfeit substitute assets to satisfy the money judgment. *Id*.

3. The United States has requested that this Court enter an Order of Forfeiture which would consist of a personal money judgment against the defendant in the amount of $1,139,166.68.

4. Federal Rules of Criminal Procedure 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

IS IT HEREBY ORDERED, ADJUDGED AND DECREED that the defendant, Michael Kirouac, shall forfeit to the United States a personal money judgment in the amount of $1,139,166.68, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of his sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture to include substitute property having a value not to exceed $1,139,166.68 to satisfy the money judgment in whole or in part.

IT IS FURTHER ORDERED that in accordance with 21 U.S.C. § 853(m) and Fed. R. Crim. P. 32.2(b)(2), the United States is authorized to undertake whatever discovery may be necessary to identify, locate or dispose of substitute assets to satisfy the money judgment.

The Court shall retain jurisdiction to enforce this Order of Forfeiture, and to amend it as necessary, pursuant to the provisions of Fed. R. Crim. P. 32.2(e).

The Clerk shall send copies of this Order of Forfeiture to the United States Probation Office and counsel for all parties and shall send one certified copy to the United States Attorney's Office, Attention: Asset Forfeiture Unit.

Entered this __3rd__ day of ____October____, 2025.

_____
United States District Judge